No. 88–2088. TILLER v. FLUDD. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89–72. AUTOMOBILE IMPORTERS OF AMERICA, INC., ET AL. v. MINNESOTA ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.*

No. 89–107. URQUHART & HASSELL v. CHAPMAN & COLE ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.*

No. 89–199. ENCO MANUFACTURING CO., INC. v. CLAMP MANUFACTURING CO., INC. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.*

No. 89–206. MEBA PENSION TRUST ET AL. v. RODRIGUEZ ET UX. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.*

No. 89–5233. FARRELL v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied. JUSTICE WHITE would grant certiorari.*

No. 88–1769. MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC CO. v. VERMONT DEPARTMENT OF PUBLIC SERVICE ET AL. Sup. Ct. Vt. Motion of Continental Bank N. A. for leave to file a brief as amicus curiae granted. Certiorari denied.

No. 88–1844. ARIZONA v. IKIRT. Sup. Ct. Ariz. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 88–1942. UNITED STATES v. BERNAL. C. A. 5th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.